ALBERT W. DUNTON et al., Respondents, *v.* ELVIN R. UNDERWOOD et al., Appellants.

*Contract — action to recover amount due for purchasing and handling merchandise for defendants.*

Dunton v. Underwood, 220 App. Div. 745, affirmed.
(Submitted December 9, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 18, 1927, affirming a judgment in favor of plaintiffs entered upon a verdict. The action was to recover the amount due under an alleged contract whereby plaintiffs were to purchase and handle grapes for the defendants.

*John J. Hyland* for appellants.
*James O. Sebring* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.